EULA HAWES, ADMINISTRATRIX AD PROSEQUENDUM AND GENERAL ADMINISTRATRIX OF THE ESTATE OF JOHNNY A. HAWES, AND INDIVIDUALLY, PLAINTIFF–APPELLANT, v. NEW JERSEY DEPARTMENT OF TRANSPORTATION, NEW JERSEY TRANSIT CORPORATION, DEFENDANTS–RESPONDENTS, AND JOSEPH JORASKIE, DEFENDANT.

Superior Court of New Jersey
Appellate Division

Submitted November 16, 1988—Decided November 28, 1988.

Before Judges GAULKIN, BILDER and ARNOLD M. STEIN.

*Bursik, Kuritsky & Giasullo,* attorneys for appellant (*Robert J. Giasullo,* on the brief).

*Cary Edwards,* Attorney General, attorney for respondents (*James J. Ciancia,* Assistant Attorney General, of counsel; *Adele C. Baker,* Deputy Attorney General, on the brief).

PER CURIAM.

The January 8, 1988 order granting summary judgment is affirmed substantially for the reasons expressed by Judge Menza in his formal opinion. 232 *N.J.Super.* 160.